UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| GABRIELA REYES, | ) CV 14-04740-SH |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security<br>Administration, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and remanded for further proceedings pursuant to Sentence 4 of 42 U.S.C. §405(g).

DATED: January 14, 2015

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE