1  Erika Bailey Drake (SBN 248034)
2  edrake@drakeanddrake.com
   Roger D. Drake (SBN 237834)
3  rdrake@drakeanddrake.com
4  23679 Calabasas Road, Suite 403
   Calabasas, California  91302
5  Telephone:  818.438.1332
6  Facsimile:  818.854.6899
   Attorneys for Plaintiff
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10 GABRIELA REYES,                )
11                                ) CASE NO.:2:14-cv-04740-SH
       Plaintiff,                 )
12                                )
13 v.                             )
                                  ) ORDER
14 CAROLYN W. COLVIN, Acting      ) AWARDING EAJA FEES
15 Commissioner of Social Security,)
                                  )
16                                )
       Defendant.                 )
17                                )

18

19     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

20     IT IS ORDERED that EAJA fees are awarded in the amount of THREE

21 THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($3,200.00) subject to

22 the terms of the stipulation.

23

24 DATED:  March 25, 2015         _____
25                                 STEPHEN J. HILLMAN
                                   UNITED STATES MAGISTRATE JUDGE
26

27

28